# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DAN WINCOR,**
Appellant,

v.

**VELLA POTASH,**
Appellee.

No. 4D16-4351

[July 27, 2017]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia Wood, Judge; L.T. Case No. CACE 16-004962.

Thomas Erskine Ice of Ice Appellate, Lake Worth, for appellant.

Oscar A. Gomez of EPGD Business Law, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***